<hr/>

BEFORE THE FIRST DIVISION, JUNE 27, 1963

No. 67873.—M. Adler's Son, Inc., and Gellis Flower Co. *v.* United States, protests 62/13725 and 62/13916 (New York)..

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc. v. United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.